AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2016 AUG 15 PM 12:50
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis Eugene Kimball | ) | Case No. |
| | ) | 4:16-mj-00300 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2016__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael L. Powell, Supervisory Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-15-16__

_____
Judge's signature

City and state: __Des Moines, IA__   Celeste F. Bremer, U.S. Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael L. Powell, Supervisory Deputy U.S. Marshal with the United States Marshals Service, being duly sworn, depose and state:

1. I am a "United States marshal, deputy marshal, or any other official of the Service" within the meaning of 28 U.S.C. § 566 (a) and (d) who is empowered by law to obey, execute, and enforce all orders of the United States District Courts and to make arrests without warrant for any offense against the United States committed in my presence, or for any felony cognizable under the laws of the United States if I have reasonable grounds to believe that the person to be arrested has committed or is committing such felony.

2. I am a graduate of Simpson College in Indianola, IA where I received a Bachelor of Arts degree in Criminal Justice in May 1990. From August 1998 until November 1998, I attended the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia where I graduated from the Criminal Investigator and Basic Deputy U.S. Marshal Academies. After graduation from FLETC, I was assigned as a Deputy U.S. Marshal to the District of Montana from November 1998 until August 2000. I was assigned as a Deputy U.S. Marshal to the Southern District of Iowa from August 2000 until April 2008. In April 2008, I was promoted to Supervisory Deputy U.S. Marshal in the Southern District of Iowa, and I am currently so employed.

3. In connection with my official duties, I execute and enforce orders of the United States District Court, and I investigate certain criminal violations of the United States Code. In connection with my duties and responsibilities as a Federal law enforcement officer, I have testified in judicial proceedings and prosecutions for violations of both state and federal laws. I

have been involved in state and federal investigations which have resulted in numerous arrests and criminal convictions.

4. On July 12, 2006, in the Southern District of Iowa, Dennis Eugene KIMBALL was charged by a two-count Indictment with conspiracy to commit bank robbery and bank robbery (Case No. 4:06-CR-158).

5. On January 23, 2007, KIMBALL pleaded guilty to Count 2 of the Indictment, that is, bank robbery or attempt to commit bank robbery.

6. On September 21, 2007, the Honorable Robert W. Pratt, U.S. District Court for the Southern District of Iowa, sentenced KIMBALL to serve a term of imprisonment of 145 months in the custody of the U.S. Bureau of Prisons (BOP), followed by a term of three (3) years supervised release.

7. On May 3, 2016, KIMBALL was transferred from the Federal Correctional Institution in Pekin, Illinois (FCI Pekin) to the Fort Des Moines Residential Reentry Center (RRC) in Des Moines, Iowa where he was to reside while completing his term of imprisonment in BOP custody. KIMBALL was scheduled to be released from BOP custody on October 29, 2016.

8. On August 12, 2016, at 5:49 a.m., KIMBALL signed out of the RRC to go to work. KIMBALL was to return to the RRC by 9:00 p.m. that evening.

9. On August 12, 2016, at 11:05 a.m., KIMBALL's employer called the RRC to advise that KIMBALL had been terminated from employment on August 9, 2016, and that KIMBALL had just stopped in to pick up his last check.

10. On August 12, 2016, at 11:38 am, the RRC contacted KIMBALL by phone and directed him to report back to the RRC by no later than 1:40 p.m.

11. On August 12, 2016, at 12:56 p.m., RRC staff received a tamper alert from KIMBALL's GPS ankle monitor, and RRC staff received a subsequent alert that KIMBALL cut his GPS ankle monitor off of his ankle.

12. KIMBALL failed to report back to the RRC by 1:40 p.m. on August 12, 2016, as directed, and KIMBALL was placed on escape status.

13. On August 12, 2016, at 3:07 p.m., the U.S. Marshals received notification via email from the BOP that KIMBALL was placed on escape status, and that KIMBALL's whereabouts were unknown.

14. To date, KIMBALL has not returned to the RRC, and his whereabouts remain unknown.

15. Based on the facts and information presented above, your affiant respectfully requests that an arrest warrant be issued for Dennis Eugene KIMBALL for violation of Title 18, United States Code, 751(a), Escape.

_____
Michael L. Powell
Supervisory Deputy U.S. Marshal

Subscribed and sworn in my presence this __15__ of August, 2016.

_____
Celeste F. Bremer
Chief United States Magistrate Judge